# CRIMINAL CASE COVER SHEET       U.S. ATTORNEY'S OFFICE

Defendant Name: <u>Matthew Burke, Martin Chouinard, Cody Gober, Steven Dyal, Melinda Goins, Daniel Roberts, Johnny Ray Grubb, Michael Stansberry, Lance Farrell, Brittany Amos</u>

Place of Offense (City & County): <u>Cleveland, Bradley and Athens, McMinn</u>

Juvenile: Yes ___ No <u>X</u>     Matter to be Sealed: Yes ___ No <u>X</u>

Interpreter: No <u>X</u>  Yes ___  Language: _____

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) <u>25</u> Felony

| | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | 21:841(a)(1), (b)(1)(A), and 846 – Did combine, conspire, confederate, and agree to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | 1 |
| Set 2 | 21:841(a)(1) and (b)(1)(B) – Did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | 2, 12, 14, 17, 22 |
| Set 3 | 18:922(g)(1) – Knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm and ammunition | 3, 4, 6, 9, 11, 13, 16, 19 |
| Set 4 | 21:841(a)(1) and (b)(1)(C) – Did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | 5, 21, 23, 24 |
| Set 5 | 21:841(a)(1) and (b)(1)(A) – Did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | 7, 10, 15, 25 |
| Set 6 | 21:841(a)(1) and (b)(1)(C) – Did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance | 8 |
| Set 7 | 21:841(a)(1) and (b)(1)(B) – Did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance | 18 |

| | **ORIGINAL INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 8 | 18:924(c)(1)(A)(i) – Did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute 5 grams or more of methamphetamine (actual) and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance | 20 |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____   before Judge _____

Criminal Complaint Filed:  No  _X_   Yes ____   Case No. _____

Defendant on Supervised Release:  Yes _____   No  _

Violation Warrant Issued?   No __  Yes ____  Case No. _____

Related Case(s):

1:19-cr-55_____    C. Eugene Shiles, Raymond Garth Best    Related use/drug source
Case Number          Defendant's attorney                     How related

1:19-cr-120_____    Michael Keith Davis_____    Related use/drug source
Case Number          Defendant's attorney                     How related

## Criminal Informations:

Pending criminal case:    No  _X_ Yes ___  Case No. _____

New Separate Case _____        Supersedes Pending Case _____

Name of defendant's attorney:    _____

Retained: _____      Appointed: _____

Date:_____1/30/2020_____    Signature of AUSA:  _s/ Joseph G. DeGaetano___